UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 1:22-CR-98-PB-03 |
| ) | |
| MANUEL DASHAWN HENDERSON ) | |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 29th day of August, 2022.

This 29th day of August, 2022.

JANE E. YOUNG
United States Attorney

By: /s/ Joachim H. Barth
    Joachim H. Barth
    Assistant U.S. Attorney

WARRANT ISSUED: _____